RECEIVED AND FILED
UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

03 - 14108

2003 DEC 29 PM 3:22

THE DISTRICT OF
PUERTO RICO

IN RE: David Daniel Berrios Lopez
Marlin Piñeiro Lopez
DEBTOR(S)

BK. CASE #
CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: December 23, 2003
☒ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 330.00 x 60 = 19,800.00
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = 19,800.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from
☐ Sale of property identified as follows:
___
___
☐ Other: ___
___
___

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 19,800.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,300.00
b. Additional Fees: $ 0
c. Adjusted Balance $ 1,300.00

Signed: [signature]
DEBTOR

[signature]
JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
  ☐ Debtor represents no secured claims.
  ☒ Creditors having secured claims will retain their liens and shall be paid as follows:
  1. ☐ Trustee pays secured ARREARS:
  Cr. ___ Cr. ___ Cr. ___
  # ___ # ___ # ___
  $ ___ $ ___ $ ___

  2. ☒ Trustee pays IN FULL Secured Claims
  Cr. Reliable Fin. Cr. ___ Cr. ___
  # 686-128854 # ___ # ___

  3. ☐ Trustee pays VALUE OF COLLATERAL
  Cr. ___ Cr. ___ Cr. ___
  # ___ # ___ # ___
  $ ___ $ ___ $ ___

  4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
  Coop. A/C San Jose - shares
  5. ☒ OTHER: Payment to Midland Risk Ins.
  Commencing on October 2008
  6. ☐ Debtor Otherwise maintains regular payments directly to:
  ___

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(II U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☒ Classifies ☐ Does not Classify Claims.
  1. (a) Class A: ☒ Co-debtor Claims / ☐ Other: ___
  ☒ Paid 100% / ☐ Other: ___
  Cr. Coop A/C San Jose Cr. ___ Cr. ___
  # 21356-2 # ___ # ___
  (b) ☐ Other: ___

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
Debtors consents lift of stay as to Reliable Financial since collateral is no longer property of the estate (Suzuki Aereo 2003).

Jose A. Leon Landrau, Esq.    (787) 746-7979